**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELIUS L. MARCUSIU,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA; NEVADA DEPARTMENT OF TRANSPORTATION,<br><br>        Defendant. | Case No.: 2:11-cv-00889-LRH-CWH<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE** |

COMES NOW Defendant, STATE OF NEVADA ex rel. ITS DEPARTMENT OF TRANSPORTATION ("NDOT"), by and through legal counsel, Nevada Attorney General CATHERINE CORTEZ MASTO, and Deputy Attorney General GILBERT R. GARCIA, and Plaintiff CORNELIUS MARCUSIU, by and through his legal counsel, DORIS NEHME-TOMALKA, ESQ., and hereby stipulate to dismissal with prejudice of the above-entitled case as to all causes of action, each party to bear their own attorneys' fees and costs.

**WHEREFORE**, the parties hereby request that this Court issue an Order dismissing

. . .

. . .

. . .

-1-

with prejudice any and all actions brought by Plaintiff Cornelius Marcusiu in Case No. 2:11-cv-00889-LRH-CWH, each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated this 19th day of January, 2012. | Dated this 19th day of January, 2012. |
| CATHERINE CORTEZ MASTO<br>Attorney General | Nehme-Tomalka & Associates |
| By: /s/ GILBERT GARCIA<br>GILBERT R. GARCIA<br>Deputy Attorney General<br>Nevada Bar No. 9026<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada  89101<br>Telephone (702) 486-3584<br>Fax: (702) 486-3773<br>Attorneys for Defendant | By: /s/ DORIS NEHME-TOMALKA<br>DORIS NEHME-TOMALKA, ESQ.<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada 89128<br>Telephone (702) 240-3911<br>Fax: (702) 240-5380<br>Attorneys for Plaintiff |

### ORDER

The Court having considered the Stipulation submitted by the parties hereto and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Case No. 2:11-cv-00889-LRH-CWH be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 20th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE