**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELIUS L. MARCUSIU,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA; NEVADA DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant. | Case No.: 2:11-cv-00889-LRH-CWH<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE** |

    COMES NOW Defendant, STATE OF NEVADA ex rel. ITS DEPARTMENT OF TRANSPORTATION ("NDOT"), by and through legal counsel, Nevada Attorney General CATHERINE CORTEZ MASTO, and Deputy Attorney General GILBERT R. GARCIA, and Plaintiff CORNELIUS MARCUSIU, by and through his legal counsel, DORIS NEHME-TOMALKA, ESQ., and hereby stipulate to dismissal with prejudice of the above-entitled case as to all causes of action, each party to bear their own attorneys' fees and costs.

    **WHEREFORE**, the parties hereby request that this Court issue an Order dismissing

. . .

. . .

. . .

with prejudice any and all actions brought by Plaintiff Cornelius Marcusiu in Case No. 2:11-cv-00889-LRH-CWH, each party to bear their own attorneys' fees and costs.

Dated this 19th day of January, 2012.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ GILBERT GARCIA
GILBERT R. GARCIA
Deputy Attorney General
Nevada Bar No. 9026
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
Telephone (702) 486-3584
Fax: (702) 486-3773
Attorneys for Defendant

Dated this 19th day of January, 2012.

Nehme-Tomalka & Associates

By: /s/ DORIS NEHME-TOMALKA
DORIS NEHME-TOMALKA, ESQ.
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
Telephone (702) 240-3911
Fax: (702) 240-5380
Attorneys for Plaintiff

### ORDER

The Court having considered the Stipulation submitted by the parties hereto and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Case No. 2:11-cv-00889-LRH-CWH be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 20th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE